IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CINDY MARCH, CINDY HANSARD LORI ANN CORICA, PETE JAMES, LORI ANN RAY, CONSTANCE SPELL, CHRISANNA HIBBITTS, KELLIE FIENE, and JEANINE WILLIAMS, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> BVDS, INC. d/b/a SLIM4LIFE WEIGHT LOSS, a/k/a 4 LIFE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:17-CV-1450-C |

## AGREED ORDER OF DISMISSAL

The Court having considered Plaintiffs' Unopposed Motion to Dismiss Without Prejudice, filed October 16, 2017, is of the opinion that the Motion should be **GRANTED**.

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED WITHOUT PREJUDICE** with costs taxed against the party incurring same.

Defendant's Motion for Summary Judgment, filed September 26, 2017, is **DENIED AS MOOT**.

SO ORDERED this 18th day of October, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE